UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN LONG,<br><br>               Plaintiff,<br><br>-against-<br><br>CONTINENTAL FINANCE COMPANY, LLC, and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 1:16-cv-09021 |

**DEFENDANT'S CONSENT MOTION TO VACATE CLERK'S DEFAULT, WITHDRAW PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND EXTEND TIME WITHIN WHICH DEFENDANT MAY FILE AN ANSWER**

Defendant Continental Finance Company, LLC, through its undersigned counsel, hereby moves, with Plaintiff's consent, for an Order Vacating the Clerk's Default, Withdrawing Plaintiff's Motion for a Default Judgment, and Extending the Time in Which Defendant May Answer the Complaint; and states as follows:

1. On or about December 6, 2016, Plaintiff filed a Complaint in this matter.

2. On or about June 15, 2017, Plaintiff filed a Request for Entry of Default.

3. A Clerk's Default was entered in this matter on or about June 16, 2017.

4. Sometime thereafter, this firm was engaged as local counsel for Defendant.

5. This case then "fell through the cracks" for both Plaintiff's and Defendant's counsel and no activity took place for several months.

6. On or about November 9, 2017, a Call for Dismissal was filed by the Court.

7. Plaintiff filed a Motion for a Default Judgment on or about November 16, 2017.

1

8. This firm thereafter contacted Plaintiff's counsel and asked that Plaintiff: (a) consent to vacating the Clerk's Default; (b) withdraw the Motion for Default Judgment and (c) Defendant be allowed to file an Answer.

9. Plaintiff's counsel, Sofia Balile, graciously consented.

10. Accordingly, Defendant respectfully requests that the Clerk's Default be vacated, the Motion for Default Judgment be withdrawn, and that Defendant be allowed to file its Answer no later than November 22, 2017.

11. Upon information and belief, the requested extension will not prejudice any party in this matter, this extension is sought in good faith and not for dilatory purposes, and no further extensions are anticipated.

Dated: November 17, 2017

THE SALVO LAW FIRM, P.C.

By: /s/ Cindy D. Salvo
    CINDY D. SALVO

185 Fairfield Ave, Suite 3C/3D
West Caldwell, New Jersey 07006
(973) 226-2220
(973) 900-8800 (fax)
*csalvo@salvolawfirm.com*

Attorneys for Defendant,
Continental Finance Company, LLC

---

ORDERED that the Consent MOTION to Vacate Clerk's Entry of Default, Withdraw Motion for Default Judgment, and Extend Time to Answer [8] is GRANTED; and it is further

ORDERED that the Motions for Default Judgment [7, 9] are DENIED AS MOOT; and it is further

ORDERED that Defendant's Answer is due within 20 days of the date of this Order.

        s/ Noel L. Hillman
Date: January 24, 2018    NOEL L. HILLMAN, U.S.D.J.